**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

James Harden, et al.
                      Plaintiff,

v.                                             Case No.: 1:12–cv–08316
                                                  Honorable John J. Tharp Jr.

Michael R Morgan, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 19, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr: Status hearing held. Counsel for Dixmoor defendants did not appear. Motion by Defendants Willie Davis, Jesse Garcia, Tasso J Kachiroubas, John Meduga, Richard Packert to cite supplemental authority in support of their motion for reassignment and consolidation [49] is granted. ISP Defendants' motion to reassign and consolidate related cases [22] is denied without prejudice. Each of the cases will remain with their assigned District Judge, but an order by the Executive Committee will be entered referring the cases identified in the motion to Magistrate Judge Valdez for discovery supervision. Status hearing set for 4/18/2013 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.